IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUZMAN,

    Petitioner,                03-CV-06287 ALA HC

    vs.

GEORGE GIURBINO, Warden

    Respondent.             <u>ORDER TO SHOW CAUSE</u>

_____/

        On July 23, 2007, an order served on Petitioner's address of record was returned by the postal service. It appears that Petitioner has failed to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change.

        Therefore, IT IS HEREBY ORDERED that Petitioner is <u>ordered to show cause within 10 days</u> why this action should not be dismissed for Petitioner's failure to keep the court apprised of his current address.

DATED: September 13, 2007

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation