IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GUZMAN,

    Petitioner,                     03-CV-06287 ALA HC

    vs.

GEORGE GIURBINO, Warden

    Respondent.                <u>ORDER</u>

                              /

        On July 23, 2007, an order served on Petitioner's address of record was returned by the postal service. On September 13, 2007, this court ordered Petitioner to show cause within ten days as to why this action should not be dismissed for Petitioner's failure to keep the court apprised of his current address as required by Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997). That document was also returned as undeliverable.

        Therefore, IT IS HEREBY ORDERED that Petitioner's petition for habeas corpus is dismissed.

/////

DATED: September 27, 2007

                                                 /s/ Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation